STATE OF CONNECTICUT *v.* MITCHELL BARON
(12121)

O'CONNELL, FOTI and LAVERY, Js.

Argued June 6—decision released June 28, 1994

*Stephen G. Murphy, Jr.,* with whom, on the brief, was *Benjamin A. Solnit,* for the appellant (defendant).

*Marjorie Allen Dauster,* assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *James Clark,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.